1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | RONALD MOORE,                          | 1:14-cv-01460-AWI-SKO
12 |              Plaintiff,                 | NEW CASE NUMBER:
13 |       v.                                | **1:14-cv-01460-SKO**
14 | ANN ANDROS, et al.,                     | **ORDER REASSIGNING CASE**
15 |              Defendants.                |

16

17     All parties having executed consent forms, it is ordered that this matter be reassigned from
18 the docket of United States District Judge Anthony W. Ishii, to the docket of United States
19 Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.
20     To prevent a delay in documents being received by the correct judicial officer, the new
21 case number listed below should be used on all future documents.
22                              **1:14-cv-01460-SKO**
23
24 IT IS SO ORDERED.
25 Dated:   March 20, 2015                    _____
                                              SENIOR  DISTRICT  JUDGE
26
27
28

                                              1