# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>       Plaintiff,<br><br>   v.<br><br>ANN ANDROS, et al.,<br><br>       Defendants. | Case No.  1:14-cv-01460-SKO<br><br>AMENDED ORDER VACATING SETTLEMENT CONFERENCE AND REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO COMPLY WITH THE SCHEDULING ORDER<br><br>TEN DAY DEADLINE |

A settlement conference in this action is set for May 12, 2015, at 10:30 a.m. before the undersigned. (ECF No. 18.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court one week prior to the conference date.  The Court has timely received the confidential statement from Plaintiff, however no statement has been received from Defendant.  This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success.  Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States.  The settlement conference statement assists the Court in adequately preparing for these matters.  They are not pro forma.

Since Defendant has failed to comply with the order requiring the confidential settlement

statement to be submitted to the Court, the May 12, 2015 settlement conference shall be vacated. Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until Defendant submits a meaningful confidential settlement statement to the Court.

Further, Defendant is required to show cause why sanctions should not issue for the failure to comply with the March 23, 2015 scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for May 12, 2015, is VACATED;
2. The Court will re-set the settlement conference only upon the filing of a meaningful settlement conference statement by Defendant and at a time convenient to all parties and the Court; and
3. Within ten days from the date of service of this order, Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the March 23, 2015 scheduling order.

IT IS SO ORDERED.

Dated:   **May 11, 2015**                                   _____
                                                             UNITED STATES MAGISTRATE JUDGE