# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | ) No. 1:14-cv-01460-SKO |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER TO CLOSE CASE** |
| vs. | ) |
| ANN ANDROS, et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Ann Andros and California Spaghetti Restaurants, Inc., dba The Old Spaghetti Factory, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 1, 2015            MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff
                                   Ronald Moore

Date: September 1, 2015            GRAY & THURN INC.


                                   */s/ Robert F. Whitworth*
                                   Robert F. Whitworth
                                   Attorneys for Defendants,
                                   Ann Andros and California Spaghetti Restaurants,
                                   Inc., dba The Old Spaghetti Factory

## **ORDER**

Pursuant to the parties' stipulation, this action has terminated pursuant to Federal Rule of Civil Procedure 41(a).  Rule 41 allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Case authority concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval.  *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

All parties appearing in this action have filed a stipulation for dismissal.  Accordingly, the Clerk of the Court is DIRECTED to close this case pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:   **September 1, 2015**                             **/s/ Sheila K. Oberto**
                                                                                       UNITED STATES MAGISTRATE JUDGE